UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EDWARD MAYE,<br><br>                            Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>                            Defendant. | Case No.:  22CV1326-BLM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S MERITS BRIEF**<br><br>**[ECF No. 19]** |

On September 6, 2022, Plaintiff filed a complaint in this matter seeking judicial review of the denial of his "application for a period of disability, disability insurance benefits, and supplemental security income benefits." ECF No. 1 at 2.

On November 21, 2022, Defendant filed the administrative record. ECF Nos. 13-16. That same day the Court issued an Order Setting Mandatory Settlement Procedures. ECF No. 17. Among other things, the Court ordered Plaintiff to file his merits brief by January 9, 2023, Defendant to file any opposition by January 30, 2023, and Plaintiff to file any reply by February 13, 2023. Id. at 2.

On January 6, 2023, the parties filed a Joint Motion to Extend Time To File Plaintiff's Merits Brief. ECF No. 19. The parties seek to continue the briefing schedule by thirty days. Id. at 1. In support, the parties state that "[t]his request is made at the request of Plaintiff's counsel

to allow additional time to fully research the issues presented." Id. at 2.

Good cause appearing, the parties' motion is **GRANTED** as follows:

1. Plaintiff must file his merits brief on or before **February 8, 2023**.

2. Defendant must file any opposition in response to Plaintiff's merits brief on or before **March 1, 2023**.

3. Plaintiff must file any reply in response to Defendant's opposition by **March 15, 2023**.

4. Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

**IT IS SO ORDERED**.

Dated: 1/6/2023

*Barbara L. Major*
Hon. Barbara L. Major
United States Magistrate Judge